THOMAS M. HNASKO
GARY W. LARSON
Hinkle, Hensley, Shanor & Martin, L.L.P.
Post Office Box 2068
Santa Fe, NM 87504-2068
Telephone: 505 982 4554
Facsimile: 505 982-8623

JAMES P. SULLIVAN
Sullivan & Grand, P.A.
128 East De Vargas
Santa Fe, NM 87501
Telephone: 505 995 8514
Facsimile: 505 995 9710

MARK D. JOHNSON
Manatt Phelps & Phillips LLP
Trident Center, East tower
11355 West Olympic Blvd
Los Angeles CA 90064
Telephone: 310 312 4279
Facsimile: 310 312 4224

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HEIDI M. KERR, et al.,

    Plaintiffs,

vs.

AEROJET-GENERAL CORPORATION,

Defendant.

Case No. ED CV 01-19 VAP (RNBx)
Case No. ED CV 01-106 VAP (RNBx)
Case No. ED CV 00-618 VAP (RNBx)

The Hon. Virginia A. Phillips

STIPULATION AND [PROPOSED] ORDER EXTENDING PHASE II EXPERT WITNESS DISCOVERY DEADLINES

DEC 31 2003

    WHEREAS, the plaintiffs and defendant Aerojet-General Corporation ("Aerojet") have met and conferred regarding a two-week extension of the deadline for Phase II non-expert discovery and forty-five day extensions of the current deadlines for expert witness disclosures and depositions and Phase II dispositive motions,

    WHEREAS, on April 19, 2002, the Honorable Virginia A. Phillips entered a Case Management Order that established Phase II deadlines of (1) November 30, 2003

1  for completing non-expert discovery, (ii) January 31, 2004 for expert disclosures and
2  reports, (iii) March 31, 2004 for rebuttal expert disclosures and reports, (iv) June 30,
3  2004 for the completion of expert depositions, and (v) October 31, 2004 for Phase II
4  dispositive motions,

5      WHEREAS, on December 8, 2003, the Court entered an Order extending the
6  deadline for non-expert Phase II discovery until January 15, 2004, in order for the
7  parties to complete their depositions of fact witnesses,

8      WHEREAS, the parties agree that a two-week extension of the deadline for
9  non-expert discovery, until January 31, 2004, is necessary for the parties to complete
10 the depositions of all fact witnesses,

11     WHEREAS, the parties agree that the expert witnesses will need to review and
12 analyze information obtained during the remaining fact witness depositions for
13 purposes of preparing their reports,

14     WHEREAS, the parties agree that the deadlines for expert disclosures and
15 depositions and for the filing of Phase II dispositive motions should each be extended
16 by forty-five days, and

17     WHEREAS, nothing herein is intended as a waiver of the parties' right to ask
18 the Court, at a later date, for further modification of the deadline for filing Phase II
19 dispositive motions,

20     IT IS HEREBY STIPULATED by the parties as follows

21     1  The deadline for completion of Phase II non-expert discovery shall
22 be extended until January 31, 2004

23     2  The deadline for service of expert witness disclosures and reports
24 shall be extended until March 15, 2004

25     3  The deadline for service of rebuttal expert disclosures and reports
26 shall be extended until May 15, 2004

27     4  The deadline for completing depositions of all expert witnesses shall
28 be extended until August 16, 2004

1        5. The deadline for Phase II dispositive motions shall be extended until
2 December 15, 2004.

4 Dated December 23, 2003     HINKLE, HENSLEY, SHANOR & MARTIN, LLP

6 By _____
7        Thomas M. Hnasko
       Attorneys for the *Kerr* Plaintiffs

9 Dated December ___, 2003     GIRARDI & KEESE

11 By _____
       John K. Courtney
12        Attorneys for the *Baier* and *Taylor* Plaintiffs

13 Dated December ___, 2003     HELLER EHRMAN WHITE & McAULIFFE, LLP

15 By _____
       Reynold L. Siemens
16        Attorneys for *Aerojet - General Corporation*

17 Dated December ___, 2003     HUSCH & EPPENBERGER

19 By _____
       Sarah Hellman
       Attorneys for *Primex Technologies, Inc.* and
20 *Olin Corporation*

1   2 The deadline for service of expert witness disclosures and reports
2 shall be extended until March 15, 2003.

3   3 The deadline for service of rebuttal expert disclosures and reports
4 shall be extended until May 15, 2004

5   4. The deadline for completing depositions of all expert witnesses shall
6 be extended until August 16, 2004.

7   5 The deadline for Phase II dispositive motions shall be extended until
8 December 15, 2004

9

10 Dated: December ___, 2003  HINKLE, HENSLEY, SHANOR & MARTIN, LLP

11

12            By:_____
              Thomas M. Hnasko
13             Attorneys for the *Kerr* Plaintiffs

14

15 Dated: December 22, 2003  GIRARDI & KEESE

16            By:_____
              John K. Courtney
17             Attorneys for the *Baier* and *Taylor* Plaintiffs

18

19 Dated: December ___, 2003  HELLER EHRMAN WHITE & McAULIFFE, LLP

20            By:_____
              Reynold L. Siemens
21             Attorneys for *Aerojet - General Corporation*

22

23

24

25

26

27

28             -3-

shall be extended until May 15, 2004.

4. The deadline for completing depositions of all expert witnesses shall be extended until August 16, 2004.

5. The deadline for Phase II dispositive motions shall be extended until December 15, 2004.

Dated: December ___, 2003    HINKLE, HENSLEY, SHANOR & MARTIN, LLP

By:_____
Thomas M. Hnasko
Attorneys for the *Kerr* Plaintiffs

Dated December ___, 2003    GIRARDI & KEESE

By _____
John K. Courtney
Attorneys for the *Baier* and *Taylor* Plaintiffs

Dated December 22, 2003    HELLER EHRMAN WHITE & McAULIFFE, LLP

By:_____
Reynold L. Siemens
Attorneys for *Aerojet - General Corporation*

3

1    2. The deadline for service of expert witness disclosures and reports shall
2    be extended until March 15, 2003.

3    3  The deadline for service of rebuttal expert disclosures and reports
4    shall be extended until May 15, 2004.

5    4. The deadline for completing depositions of all expert witnesses shall
6    be extended until August 16, 2004.

7    5. The deadline for Phase II dispositive motions shall be extended until
8    December 15, 2004

9

10  Dated: December ___, 2003    HINKLE, HENSLEY, SHANOR & MARTIN, LLP

11

12                                  By _____
                                        Thomas M. Hnasko
13                                      Attorneys for the *Kerr* Plaintiffs

14

15  Dated: December ___, 2003    GIRARDI & KEESE

16                                       By: _____
                                       John K. Courtney
17                                      Attorneys for the *Baier* and *Taylor* Plaintiffs

18

19  Dated: December ___, 2003    HELLER EHRMAN WHITE & McAULIFFE, LLP

20                                       By. _____
                                       Reynold L. Siemens
21                                      Attorneys for *Aerojet - General Corporation*

22

23  Dated: December 22, 2003    HUSCH & EPPENBERGER

IT IS SO ORDERED

DATED December 30, 2003        By /s/ Sarah Hellman
                                          Sarah Hellman
25  /s/ Virginia L. Phillips              Attorneys for *Primex Technologies, Inc* and *Olin
    U.S. DISTRICT COURT JUDGE   Corporation*

27

**ORDER**

IT IS SO ORDERED

Dated December ___, 2003

_____
United States District Judge

Dated December ___, 2003

_____
United States Magistrate Judge

-4-