NANCY SHER COHEN (State Bar No. 81706)
REYNOLD L. SIEMENS (State Bar No. 177956)
CARLYLE W. HALL III (State Bar No. 184842)
HELLER EHRMAN WHITE & McAULIFFE LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, CA 90017-5758
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

**ORIGINAL**

CELIA M. JACKSON (State Bar No. 124508)

HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
AEROJET-GENERAL CORPORATION

FILED
CLERK U.S. DISTRICT COURT
MAY 28 2004
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LODGED

| HEIDI M. KERR, et al., | Case No. ED CV-01-0019 VAP (RNBx) |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER RE DEFENDANT AEROJET'S EX PARTE APPLICATION TO COMPEL PRODUCTION OF DATA RELIED UPON BY PLAINTIFFS' EXPERTS AND TO EXTEND THE TIME FOR AEROJET TO MAKE ITS EXPERT DISCLOSURES |
| v. | |
| AEROJET-GENERAL CORPORATION, | |
| Defendant | The Hon. Virginia A. Phillips |
| | Pre-Trial Conference: None |
| | Trial Date: None |
| AND RELATED ACTIONS | Case No. ED CV-00-618 VAP (RNBx) |
| | Case No. ED CV-01-106-VAP (RNBx) |

DOCKETED ON CM
JUN - 1 2004
BY _____ 045

Heller
Ehrman
White &
McAuliffe LLP

[PROPOSED] ORDER RE DEFENDANT AEROJET'S EX PARTE APPLICATION TO COMPEL PRODUCTION OF DATA RELIED UPON BY PLAINTIFFS' EXPERTS AND TO EXTEND THE TIME FOR AEROJET TO MAKE ITS EXPERT DISCLOSURES
CASE NO. ED CV-01-0019 VAP (RNBX)

(154)

1  Aerojet's *ex parte* motion to compel production data relied upon by Plaintiffs'
2  expert witnesses is hereby GRANTED
3  Plaintiffs' shall produce all data relied upon by their expert witness, Mr James
4  Westbrook, by no later than ~~May 28,~~ 2004
     June 4, 2004
5  Defendant Aerojet's motion to extend the time period to make its expert witness
6  disclosures is GRANTED   Aerojet's disclosures, which were due on June 30, 2004, shall
7  be made no later than July 28, 2004

_____
Hon Virginia A Phillips
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

HELLER EHRMAN WHITE & McAULIFFE LLP

By _____
   Carlyle W Hall III

Heller Ehrman White & McAuliffe LLP

1
[PROPOSED] ORDER RE DEFENDANT AEROJET'S EX PARTE APPLICATION TO COMPEL PRODUCTION OF DATA RELIED UPON BY PLAINTIFFS' EXPERTS AND TO EXTEND THE TIME FOR AEROJET TO MAKE ITS EXPERT DISCLOSURES
CASE NO   ED CV-01-0019 VAP (RNBX)