THOMAS M HNASKO
GARY W LARSON
Hinkle, Hensley, Shanor & Martin, L L P
Post Office Box 2068
Santa Fe, NM 87504-2068
Telephone 505 982 4554
Facsimile 505 982 8623

JAMES P SULLIVAN
Sullivan & Grand, P A
128 East De Vargas
Santa Fe, NM 87501
Telephone 505 995 8514
Facsimile 505 995 9710

MARK D JOHNSON
Manatt Phelps & Phillips LLP
Trident Center, East Tower
11355 West Olympic Blvd
Los Angeles, CA 90064
Telephone: 310 312 4279
Facsimile 310 312 4224

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI M KERR, et al, <br><br> Plaintiffs, <br><br> v <br><br> AEROJET-GENERAL CORPORATION, et al, <br><br> Defendant(s) <br><br> AND RELATED ACTIONS | No ED CV 01-19 VAP (SGLx) <br> Hon Virginia A Phillips <br><br> **THE PARTIES' JOINT STIPULATION AND PROPOSED ORDER EXTENDING THE DEADLINES FOR PHASE II EXPERT DEPOSITIONS AND DISPOSITIVE MOTIONS** <br><br> Pre-Trial Conference None <br> Trial Date None <br><br> Case No ED CV 00-618 VAP (RNBx) <br> Case No ED CV 01-106 VAP (RNBx) |

Error' Unknown document property name

1  WHEREAS, under the provisions set forth in the Court's Case Management Order ("CMO") entered on April 19, 2002 and the Court's April 14, 2004 Order modifying the time period for completing Phase II discovery, the current deadline for completion of expert depositions is October 1, 2004 and the deadline for filing Phase II dispositive motions is February 15, 2005, and

WHEREAS, cumulatively, the plaintiffs and Aerojet have disclosed twenty-one (21) expert witnesses, and each expert witness has submitted an expert report supported by voluminous data, documents, citations, and references, and

WHEREAS, the parties have subpoenaed the documents and data that the expert witnesses considered, reviewed, and relied upon in preparing their reports, and

WHEREAS, the parties require additional time to review and analyze the subpoenaed documents and data and to prepare for and take the expert witness depositions, which will be conducted at diverse geographical locations, and

WHEREAS, the parties have met and conferred regarding extensions of the current deadlines for completing the expert witness depositions and for filing Phase II dispositive motions, and have agreed to a two-month extension of those deadlines

IT IS HEREBY STIPULATED BY THE PARTIES AS FOLLOWS

1  The deadline for completing depositions of all expert witnesses shall be extended until December 1, 2004, and

2  The deadline for filing Phase II dispositive motions shall be extended until April 15, 2005

IT IS SO ORDERED

DATED September 23, 2004

_Virginia A. Phillips_
U.S. DISTRICT COURT JUDGE

2

THE PARTIES' JOINT STIPULATION TO EXTEND PHASE II DEADLINES

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated   September *14*, 2004 | HINKLE, HENSLEY, SHANOR & MARTIN, LLP |

*/s/ Gary W. Larson/*

Thomas M Hnasko
Gary W Larson
Post Office Box 2068
Santa Fe, NM 87504-2068
505 982 4554

*Attorneys for the Kerr Plaintiffs*

Dated   September __, 2004   HELLER EHRMAN WHITE & McAULIFFE, LLP

_____
Reynold L Siemens

*Attorneys for Defendant Aerojet*

Dated   September __, 2004   GIRARDI & KEESE

_____
John K Courtney

*Attorneys for the Baier and Taylor Plaintiffs*

Dated   September __, 2004   HUSCH & EPPENBERGER, L L C

_____
Sarah C Hellman

*Attorneys for Defendants Olin Corporation and General Dynamics Ordnance and Tactical Systems, Inc , formerly known as Primex Technologies, Inc*

Respectfully submitted,

Dated: September __, 2004          HINKLE, HENSLEY, SHANOR & MARTIN, LLP

_____
Thomas M Hnasko
Gary W Larson
Post Office Box 2068
Santa Fe, NM 87504-2068
505 982 4554

*Attorneys for the Kerr Plaintiffs*

Dated. September 15 2004.          HELLER EHRMAN WHITE & McAULIFFE, LLP

_____
~~Reynold L Siemens~~
Carlyle w. Hall III

*Attorneys for Defendant Aerojet*

Dated. September __, 2004.          GIRARDI & KEESE

_____
John K Courtney

*Attorneys for the Baier and Taylor Plaintiffs*

Dated September __, 2004          HUSCH & EPPENBERGER, L.L.C

_____
Sarah C Hellman

*Attorneys for Defendants Olin Corporation and General Dynamics Ordnance and Tactical Systems, Inc , formerly known as Primex Technologies, Inc*

3

THE PARTIES' JOINT STIPULATION TO EXTEND PHASE II DEADLINES

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated September __, 2004 | HINKLE, HENSLEY, SHANOR & MARTIN, LLP |

_____

Thomas M. Hnasko
Gary W. Larson
Post Office Box 2068
Santa Fe, NM 87504-2068
505.982.4554

*Attorneys for the Kerr Plaintiffs*

Dated September __, 2004.   HELLER EHRMAN WHITE & McAULIFFE, LLP

_____

Reynold L. Siemens

*Attorneys for Defendant Aerojet*

Dated September 3, 2004   GIRARDI & KEESE

_____

John K. Courtney

*Attorneys for the Baier and Taylor Plaintiffs*

Dated. September __, 2004   HUSCH & EPPENBERGER, L L.C.

_____

Sarah C. Hellman

*Attorneys for Defendants Olin Corporation and General Dynamics Ordnance and Tactical Systems, Inc , formerly known as Primex Technologies, Inc*

3

THE PARTIES' JOINT STIPULATION TO EXTEND PHASE II DEADLINES

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated September __, 2004 | HINKLE, HENSLEY, SHANOR & MARTIN, LLP |

_____
Thomas M Hnasko
Gary W. Larson
Post Office Box 2068
Santa Fe, NM 87504-2068
505.982.4554

*Attorneys for the Kerr Plaintiffs*

Dated. September __, 2004      HELLER EHRMAN WHITE & McAULIFFE, LLP

_____
Reynold L. Siemens

*Attorneys for Defendant Aerojet*

Dated   September __, 2004      GIRARDI & KEESE

_____
John K Courtney

*Attorneys for the Baier and Taylor Plaintiffs*

Dated September 7, 2004      HUSCH & EPPENBERGER, L L C

*/s/ Sarah C. Hellman*
Sarah C. Hellman

*Attorneys for Defendants Olin Corporation and General Dynamics Ordnance and Tactical Systems, Inc., formerly known as Primex Technologies, Inc*

**IT IS SO ORDERED**

DATED _____

_____
**U.S. DISTRICT COURT JUDGE**

3

THE PARTIES' JOINT STIPULATION TO EXTEND PHASE II DEADLINES

## ORDER

IT IS SO ORDERED

DATED
September ___, 2004

_____
The Honorable Virginia A. Phillips
United States District Judge