THOMAS M. HNASKO
GARY W. LARSON
Hinkle, Hensley, Shanor & Martin, LLP
Post Office Box 2068
Santa Fe, NM 87504-2068
Telephone: 505.982.4554
Facsimile: 505.982-8623

JAMES P. SULLIVAN
Sullivan Law Firm
128 East De Vargas
Santa Fe, NM 87501
Telephone: 505.995.8514
Facsimile: 505.995.9710

MARK D. JOHNSON
Manatt Phelps & Phillips LLP
Trident Center, East tower
11355 West Olympic Blvd.
Los Angeles CA 90064
Telephone: 310.312.4279
Facsimile: 310.312.4224

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI M. KERR, RAYMOND R. KERR, individually and as personal representative of the estate of MICHAEL R. KERR, deceased; CATHERINE SECKINGTON, MICHAEL SECKINGTON, individually and as personal representative of the estate of KAITLYN SECKINGTON, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AEROJET-GENERAL CORPORATION,<br><br>Defendant. | No. ED CV 01-19 VAP (SGLx)<br>No. ED CV 00-618VAP (RNBx)<br>No. ED CV 01-00106-VAP (RNBx)<br>Consolidated Cases<br>The Hon. Virginia A. Phillips<br><br>STIPULATION AND [PROPOSED] ORDER APPOINTING SPECIAL MASTER FOR PURPOSES OF SETTLEMENT |

## RECITALS

WHEREAS, since May 2004, Plaintiffs and Defendant Aerojet-General Corporation ("Aerojet") have participated in several mediation sessions, and have engaged in ongoing settlement negotiations, under the auspices of retired Judge Daniel Weinstein of JAMS in San Francisco, California;

WHEREAS, on June 16, 2005, the parties participated in a mediation session with Judge Weinstein during which they agreed to settle all claims in these consolidated cases and all claims asserted against Aerojet in *Stella Yeh, et al. v. Aerojet*, No. ED CV 04-01354 VAP (RNBx) ("the *Yeh* case"), which also is pending before this Court;

WHEREAS, the parties have met and conferred regarding the appointment of a Special Master for purposes of effectuating and enforcing the parties' global settlement of all claims asserted in these consolidated cases and all claims asserted in the *Yeh* case;

WHEREAS, the parties agree that a Special Master is needed to perform an allocation of the settlement amounts to be attributed to the claims asserted against Aerojet in these cases;

WHEREAS, the parties agree that a Special Master also is needed to ensure that the settlement amounts allocated to the claims asserted on behalf of the minor children of several of the Plaintiffs ("the Minor Plaintiffs") are fair and reasonable and to make a recommendation to the Court, together with the Minor Plaintiffs' Guardians Ad Litem, regarding the settlements entered into on behalf of the Minor Plaintiffs;

WHEREAS, the parties agree that Judge Weinstein has the requisite expertise and experience to serve as the Special Master and, additionally, that he has extensive knowledge of the nature of the claims asserted against Aerojet and of the respective interests of the Minor Plaintiffs; and

WHEREAS, the parties are contemporaneously filing a stipulation in the *Yeh* case in which they request the Court to appoint Judge Weinstein to serve as Special Master for purposes of settlement in that case.

**IT IS THEREFORE STIPULATED** by and between the parties that:

1. The Court should appoint Judge Weinstein as Special Master for purposes of effectuating and enforcing the parties' settlement agreement;

2.   Judge Weinstein should have authority to allocate the settlement amount among the claims asserted by the Plaintiffs, including the claims asserted on behalf of the Minor Plaintiffs; and

3.   In addition to the recommendations of the Guardians Ad Litem, Judge Weinstein should advise the Court regarding the settlements of the claims asserted on behalf of the Minor Plaintiffs.

Dated: July 27, 2005    HINKLE HENSLEY SHANOR & MARTIN, LLP

_____
Gary W. Larson

Attorneys for the *Kerr* Plaintiffs

Dated: July 27, 2005    GIRARDI & KEESE

_____
John K. Courtney

Attorneys for the *Baier* and *Taylor* Plaintiffs

Dated: July 27, 2005    HELLER EHRMAN LLP

_____
Reynold L. Siemens

Attorneys for *Aerojet-General Corporation*

Dated: July 27, 2005    HUSCH & EPPENBERGER

_____
Sarah Hellmann

Attorneys for *Primex Technologies, Inc. and Olin Corporation*

## ORDER

**IT IS SO ORDERED.**

Dated: ~~July~~ 11, 2005

/s/ Virginia A. Phillips
VIRGINIA A. PHILLIPS
United States District Judge