```
 1  Thomas M. Hnasko
 2  Gary W. Larson
 3  Hinkle, Hensley, Shanor & Martin, LLP
 4  Post Office Box 2068
 5  Santa Fe, NM 87504-2068
 6  Telephone: 505.982.4554
 7  Facsimile: 505.982.8623
 8
 9  James P. Sullivan
10  Sullivan Law Firm
11  128 East DeVargas
12  Santa Fe, NM 87501
13  Telephone: 505.995.8514
14  Facsimile: 505.995.9710
15
16  Mark D. Johnson
17  Manatt Phelps & Phillips LLP
18  Trident Center, East Tower
19  11355 West Olympic Blvd.
20  Los Angeles, CA 90064
21  Telephone: 310.312.4279
22  Facsimile: 310.312.4224
```

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2005
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI M. KERR, RAYMOND R. KERR, individually and as personal representative of the estate of MICHAEL R. KERR, deceased; CATHERINE SECKINGTON, MICHAEL SECKINGTON, individually and as personal representatives of the estate of KAITLYN SECKINGTON, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> AEROJET-GENERAL CORPORATION, <br><br> Defendant. | No. ED CV 01-19 VAP (SGLx) <br><br> The Hon. Virginia A. Phillips <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF SETTLEMENT DOCUMENTS UNDER SEAL |

DOCKETED ON CM
OCT 2 4 2005

045

## RECITALS

WHEREAS, on June 16, 2005, the parties participated in a mediation session with Retired Judge Daniel Weinstein of JAMS in San Francisco, California, during which they agreed to a global settlement of all claims in these cases;

WHEREAS, because during the mediation the parties agreed to a total amount to settle all claims asserted in these cases, an allocation of the settlement amount to be attributed to each of the claims had to be performed;

WHEREAS, on August 11, 2005, the Court entered an Order appointing Judge Weinstein as Special Master for purposes of allocating the settlement amounts to be attributed to each of the claims, effectuating and enforcing the parties' settlement, and making a recommendation to the Court regarding the settlement amount allocated to the claim asserted in the *Yeh* case on behalf of Amir Sotoodeh, a minor;

WHEREAS, on August 11, 2005, the Court scheduled a status conference on November 10, 2005, at which time Plaintiffs will ask the Court, pursuant to L.R. 83-5.1, to approve the settlement of the claim asserted on behalf of Amir Sotoodeh, a minor;

WHEREAS, the Special Master has performed an allocation of the settlement amounts, and he will submit to the Court his Report and Orders addressing the parties' settlement;

WHEREAS, on September 30, 2005, the parties filed a stipulation requesting the Court to appoint Guardians Ad Litem for purposes of representing Amir Sotoodeh's interests in the allocation process, ensuring that the settlement of the claim asserted on his behalf is fair and reasonable and is in his best interests, and making a recommendation to the Court that the Court should approve the settlement entered into on behalf of Amir Sotoodeh;

1   WHEREAS, the Guardians Ad Litem will submit to the Court a report and
2   recommendation addressing the settlement of the claims asserted on behalf of Amir
3   Sotoodeh;
4   WHEREAS, the parties' settlement agreement requires confidentiality as to
5   the nature and terms of the parties' settlement;

1    WHEREAS, because during the mediation the parties agreed to a total amount to settle all claims asserted in these cases, an allocation of the settlement amount to be attributed to each of the claims had to be performed;

    WHEREAS, on August 11, 2005, the Court entered an Order appointing Judge Weinstein as Special Master for purposes of allocating the settlement amounts to be attributed to each of the claims, effectuating and enforcing the parties' settlement, and making a recommendation to the Court regarding the settlement amount allocated to the claim asserted in the *Yeh* case on behalf of Amir Sotoodeh, a minor;

    WHEREAS, on August 11, 2005, the Court scheduled a status conference on November 10, 2005, at which time Plaintiffs will ask the Court, pursuant to L.R. 83-5.1, to approve the settlement of the claim asserted on behalf of Amir Sotoodeh, a minor;

    WHEREAS, the Special Master has performed an allocation of the settlement amounts, and he will submit to the Court his Report and Orders addressing the parties' settlement;

    WHEREAS, on September 30, 2005, the parties filed a stipulation requesting the Court to appoint Guardians Ad Litem for purposes of representing Amir Sotoodeh's interests in the allocation process, ensuring that the settlement of the claim asserted on his behalf is fair and reasonable and is in his best interests, and making a recommendation to the Court that the Court should approve the settlement entered into on behalf of Amir Sotoodeh;

    WHEREAS, the Guardians Ad Litem will submit to the Court a report and recommendation addressing the settlement of the claims asserted on behalf of Amir Sotoodeh;

    WHEREAS, the parties' settlement agreement requires confidentiality as to the nature and terms of the parties' settlement;

1  WHEREAS, the parties stipulate and agree that the submissions to the Court by the Special Master and the Guardians Ad Litem will contain confidential information concerning the nature and terms of the parties' settlement; and

WHEREAS, the parties stipulate and agree that the submissions of the Special Master and the Guardians Ad Litem should be filed under seal.

IT IS THEREFORE STIPULATED by and between the parties that:

The submissions to the Court by the Special Master and the Guardians Ad Litem should be filed under seal and should be treated as confidential for all purposes.

Dated: October 7, 2005          HINKLE HENSLEY SHANOR & MARTIN, LLP

_____
Thomas M. Hnasko
Attorneys for Plaintiffs


GIRARDI & KEESE

Dated: October 7, 2005          _____
John K. Courtney
Attorney for Plaintiffs


Dated: October 7, 2005          HELLER EHRMAN LLP

_____
Reynold L. Siemens
Attorneys for Aerojet-General Corporation


**IT IS SO ORDERED**

DATED 10/14/05

_____
U.S. DISTRICT COURT JUDGE

3

ORDER

IT IS SO ORDERED.

Dated: October ___, 2005

_____
VIRGINIA A. PHILLIPS
United States District Judge